United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Heather Rene White  
    Debtor

Case No. 23-02554-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Mar 11, 2024     Form ID: ntcnfhrg     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather Rene White, 15 Wesley Drive, Carlisle, PA 17015-4377 |
| 5577169 | | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 5577172 | | Crosscare Medical, PO Box 748850, Los Angeles, CA 90074-8850 |
| 5577174 | + | Fox Harrisburg - PA, 5020 Ritter Road, Suite 203, Mechanicsburg, PA 17055-4837 |
| 5577178 | + | Orthopedic Institute of PA, 3399 Trindle Road, Camp Hill, PA 17011-2286 |
| 5577262 | + | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107-3126 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 11 2024 19:02:15 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5577166 | ^ | MEBN | Mar 11 2024 18:52:27 | Advanced Call Center Technologies, PO Box 9091, Johnson City, TN 37615-9091 |
| 5578523 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 11 2024 19:02:22 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5589699 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 11 2024 19:02:09 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5579249 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 11 2024 19:02:09 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5577167 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 11 2024 18:54:00 | Ally Financial, Inc., Ally Detriot Center, 500 Woodward Avenue, Detroit, MI 48226-3416 |
| 5577168 | + | Email/Text: rperez@arcadiarecovery.com | Mar 11 2024 18:55:00 | Arcadia Recovery Bureau, 645 Penn Street, 4th Floor, Reading, PA 19601-3559 |
| 5577170 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2024 19:02:21 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5580023 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2024 19:02:21 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5577171 | + | Email/Text: dylan.succa@commercialacceptance.net | Mar 11 2024 18:54:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5577173 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 11 2024 18:54:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 5577175 | ^ | MEBN | Mar 11 2024 18:54:24 | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 5589888 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 11 2024 19:12:33 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5577176 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 11 2024 19:02:11 | Midland Mortgage Co., PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5577177 | | Email/PDF: cbp@omf.com | Mar 11 2024 19:02:16 | OneMain Financial Group, LLC, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5577179 | | Email/Text: bankruptcy@sccompanies.com | Mar 11 2024 18:55:00 | Seventh Avenue, 1112 7th Avenue, PO Box 2845, Monroe, WI 53566-8045 |
| 5577180 | + | Email/Text: bncmail@w-legal.com | Mar 11 2024 18:55:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5589296 | + | Email/Text: bncmail@w-legal.com | Mar 11 2024 18:55:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Heather Rene White pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Heather Rene White, | Chapter | 13 |
|---|---|---|
| **Debtor 1** | Case No. | 1:23−bk−02554−HWV |

## Notice

The hearing on confirmation of the Amended Plan of reorganization of Debtor 1 is rescheduled for the date indicated below.

**March 20, 2024** is the deadline for filing objections to confirmation of the Amended Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 3, 2024<br>Time: 09:30 AM |
|---|---|

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 11, 2024 |

ntcnfhrg (08/21)