**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Heather Rene White,<br>**Debtor 1** | **Chapter** 13 |
| | **Case No.** 1:23-bk-02554-HWV |
| | **Matter:** Motion to Reconsider Order |

**DEBTOR(S)' MOTION TO RECONSIDER ORDER**

AND NOW, come the Debtor(s), Heather Rene White, through her attorney, Paul Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Reconsider Order and aver as follows:

1.    Debtor(s) filed a Chapter 13 Petition on or about November 7, 2023.

2.    At the time of the filing, Debtor(s) were indebted to MidFirst Bank for Debtor(s)' personal residence located at 15 Wesley Drive Carlisle, PA 17015.

3.    On or about April 3, 2025, MidFirst Bank filed a Motion for Relief from Automatic Stay ("Motion") for Debtor(s)' failure to make post-petition payments and a hearing was subsequently scheduled for April 17, 2025.

4.    On April 3, 2025, Debtor(s) filed an answer to the Motion alleging that Debtor(s) stood ready to bring their account current under agreeable terms to the parties.

5.    On April 30, 2025, Debtor(s) and MidFirst Bank entered into a Stipulation whereby Debtor(s) were to cure the arrears by amending the Plan to include the post-petition arrears and Debtor(s) were to remain current on their monthly payments moving forward.

6.    The Stipulation was approved by Order of Court dated May 1, 2025.

7.      On May 12, 2025, Debtor(s) filed a Motion to Modify Confirmed Plan and Second Amended Plan to cure the post-petition arrears which was granted by Order of Court dated June 9, 2025.

8.      In April 2026 MidFirst Bank sent Debtor a 10-day default letter.

9.      On April 14, 2026, Debtor paid MidFirst Bank via Western Union the default amount bringing the account current. Unfortunately, the account number for the Mortgage was incorrect on the payment and credited to the wrong account.  Attache and marked as Exhibit "A" is a true and correct copy of the receipt from Western Union confirming the payment.

10.     On May 4, 2026, MidFirst Bank filed a Certificate of Default for Debtor(s)' failure to adhere to the stipulation terms, and an Order granting the Motion dated May 5, 2026, lifting the automatic stay with regard to Debtor(s)' personal residence.

WHEREFORE, Debtor(s) respectfully requests this Court to vacate the Order dated May 5, 2026, and to reinstate the automatic stay with respect to Debtor(s)' personal residence.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: May 13, 2026

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Heather Rene White<br>**Debtor 1** | **Chapter** 13<br><br>**Case No. 1:23-bk-02554-HWV**<br><br>**Matter:** Motion to Reconsider Order |

**ORDER OF COURT**

UPON CONSIDERATION of the Debtor's Motion to Reconsider Order, IT IS ORDERED that the Court's Order of May 5, 2026, IS HEREBY RESCINDED and the automatic stay with respect to Debtor(s)' personal residence at 15 Wesley Drive Carlisle, PA 17015, IS HEREBY REINSTATED.