

## Western Union

### RECEIPT/RECIBO

TRACKING NUMBER (MTCN)/
NO. DE CONTROL DEL ENVIO

## 672-446-0557

FOR CUSTOMER SERVICE, CALL 1-800-325-6000/PARA COMUNICARSE CON EL SERVICIO DE ATENCIÓN AL CLIENTE, LLAME AL 1-800-325-6000

WEIS #095
351 E HIGH ST, PA, 170132523
Operator ID/ID de operador: K9M

*70100 1906*

Payments/Servicio de Pago de Facturas: CASH/EFECTIVO

**SERVICE DETAILS/DETALLES DEL SERVICIO:**

| | |
|---|---|
| Date of Transaction/Fecha de Transacción: | April 14, 2026 /Abril 14, 2026 |
| Time of Transaction/Hora de la Transacción: | 01:07 PM EDT |
| Service Type/Tipo de Servicio: | 2nd Business Day |
| Expected Payout Location/ Localidad donde Esperan Pago: | United States/Estados Unidos |

**SENDER/REMITENTE:**
DANEYON WHITE

**RECEIVER/DESTINATARIO:**
MIDLAND MORTGAGE

**TRANSACTION DETAILS/DETALLES DE LA TRANSACCIÓN**

| | |
|---|---|
| Account #/ No de Cuenta: | 701001906 |
| Code City/ Código de la Ciudad: | R7493725562 |
| Reference #/ No. de Referencia: | NONE |
| Transfer Amount/ Cantidad de Envío: | 3,302.52 USD |
| Transfer Fees/ Cargos por Envío: | + 2.00 USD |
| Additional Fees/ Cargos Adicionales: | + 0.00 USD |
| Transfer Taxes/ Impuestos de Envío: | + 0.00 USD |
| Promotion Discount/ Descuento Promocional: | − USD |
| Total/ Total: | 3,304.52 USD |
| Transfer Amount/ Cantidad de Envío: | 3,302.52 USD |
| Total to Receiver/Total al Destinatario: | 3,302.52 USD |

For inquiries or comments, please write to:/Si tiene